# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE:** | : | |
| | : | **Chapter 11** |
| **WRIGHT INDUSTRIES, INC.,** | : | |
| | : | **Bankruptcy No. 07-21384** |
| Debtor. | : | |
| | : | |
| **WRIGHT INDUSTRIES, INC.,** | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | **Related to Document No.** |
| | : | |
| **NO RESPONDENT,** | : | |
| | : | |
| Respondent, | : | |
| | : | |

## NA ME AND ADDRESS OF EQUITY SECURITY HOLDERS

The following is a list of the equity security holders of the Debtor, Wright Industries, Inc.:

| NAME | ADDRESS | POSITION | SHARES |
|---|---|---|---|
| Michael E. Zordich | 100 Poplar Street Pittsburgh, PA  115223 | President | 100% |

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: April 5, 2007     By:     /S/ D. Alexander Barnes
                                             D. Alexander Barnes, Esquire
                                             Edmond M. George, Esquire
                                             One Penn Center
                                             1617 John F. Kennedy Blvd., 19th Floor
                                             Philadelphia, PA  19103
                                             Telephone: (215) 665-3184
                                             Facsimile: (215) 665-3165
                                             alexander.barnes@obermayer.com

                                             -and-

                                             One Mellon Center, Suite 5240
                                             500 Grant Street
                                             Pittsburgh, PA 15219-2801
                                             Telephone: (412) 566-1500
                                             Facsimile: (412) 566-1508

                                             Proposed counsel to Wright Industries, Inc.