## United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Wright Industries, Inc.**

Debtor

Case No.  **07-21384**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 755,000.00 | | |
| B - Personal Property | YES | 3 | $ 3,183,695.38 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 2,727,297.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 111,491.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 2,481,586.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 32 | $ 3,938,695.38 | $ 5,320,374.68 | |

In re:   **Wright Industries, Inc.**                                      Case No. **07-21384**

                          Debtor                                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Apartment/Retail Building 4323 Butler Street Pittsburgh, PA 15201** | **Fee Owner** | | **$ 155,000.00** | **$ 68,000.00** |
| **Shop and Warehouse 100 Poplar Street Pittsburgh, PA 15223** | **Fee Owner** | | **$ 600,000.00** | **$ 367,199.00** |

Total   ➢   **$ 755,000.00**

(Report also on Summary of Schedules.)

In re  **Wright Industries, Inc.**                               Case No.  **07-21384**
_____                    _____
                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | | **1,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City Bank of Pennsylvania checking account number 0101654021** | | **15,805.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **UBS**<br>**600 Superior Avenue East**<br>**Cleveland, OH 44114**<br>**account number 57234** | | **55,949.38** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re **Wright Industries, Inc.**

Debtor

Case No. **07-21384**

(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)); | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | | | 720,336.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Sales Tax Refund** | | 85,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Wright Industries, Inc.**                                   Case No.   **07-21384**
                                                                                         (If known)
_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attached Schedule B25** | | **936,730.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached Schedule B28** | | **21,725.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **See Attached Schedule B29** | | **1,342,650.00** |
| 30. Inventory. | | **topsoil, sand and gravel** | | **4,500.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and food. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    __2__   continuation sheets attached          Total   ➚    **$3,183,695.38**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Official Form 6D (10/06)

In re  Wright Industries, Inc.                            Case No. 07-21384
                          Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7001001671679001<br><br>Banco Popular North America<br>9600 W. Bryn Mawr<br>Rosemont, IL 60018 | X | | 10/16/2006<br>Security Agreement<br><br>VALUE $0.00 | | | | 1,792,098.00 | 0.00 |
| ACCOUNT NO. 261303564<br><br>Home Savings & Loan<br>275 Federal Plaza<br>Youngstown, OH 44501 | | | Mortgage<br>Apartment/Retail Building<br>4323 Butler Street<br>Pittsburgh, PA 15201<br><br>VALUE $155,000.00 | | | | 68,000.00 | 0.00 |
| ACCOUNT NO. 0601013139<br><br>National City Bank of PA<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Mortgage) | X | | 07/03/2005<br>Mortgage<br>Shop and Warehouse<br>100 Poplar Street<br>Pittsburgh, PA 15223<br><br>VALUE $600,000.00 | | | | 367,199.00 | 0.00 |
| ACCOUNT NO. 060093238<br><br>National City Bank of PA<br>Commercial Loan Department<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Line of Credit) | X | | 10/16/2006<br>Security Agreement<br><br>VALUE $0.00 | | | | 500,000.00 | 0.00 |

0     continuation sheets
       attached

Subtotal ▸
(Total of this page)

Total ▸
(Use only on last page)

| $ | 2,727,297.00 | $ | 0.00 |
|---|---|---|---|
| $ | 2,727,297.00 | $ | 0.00 |

(Report also on Summary of   (If applicable, report
Schedules)                            also on Statistical
                                          Summary of Certain
                                          Liabilities and
                                          Related Data.)

In re    **Wright Industries, Inc.**                                                  Case No.    **07-21384**

                                    Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

### ❏  Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

### ❏  Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

### ❏  Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### ☑  Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

### ❏  Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

### ❏  Deposits by individuals

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

### ☑  Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### ❏  Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

### ❏  Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  continuation sheets attached

In re __Wright Industries, Inc._____        Case No. __07-21384__
                    Debtor                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority: **Contributions to Employee Benefit Plans**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    239 <br><br>**Keystone Benefits Group** <br> 1002 Tower Way <br> Greensburg, PA  15601 | | | 9/06 - 3/07 <br> 401(k) contributions | | | | 17,232.00 | 17,232.00 | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals►
(Totals of this page)       $ 17,232.00   $ 17,232.00   $ 0.00

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)       $

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )       $       $

In re    Wright Industries, Inc.

Case No.    07-21384

Debtor

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    204/205<br>Interial Revenue Service<br>c/o Edward J. Laubach, Jr. Esquire<br>Liberty Center, Suite 601<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | | | 1/26/07 - 2/9/07<br>Federal Withholding, Social Security, Medicare | | | | 50,063.70 | 50,063.70 | 0.00 |
| ACCOUNT NO.    207<br>Internal Revenue Service<br>c/o Edward J. Laubach, Jr. Esquire<br>Liberty Center, Suite 601<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | | | 1/26/07 - 2/9/07<br>Accrued FUTA | | | | 1,249.21 | 1,249.21 | 0.00 |
| ACCOUNT NO.    230<br>Keystone Municipal Collections<br>1531 Lincoln Way<br>White Oak, PA  15131 | | | 2006<br>Accrued Pittsburgh Business Privilege Tax | | | | 7,051.93 | 7,051.93 | 0.00 |
| ACCOUNT NO.    209<br>Keystone Municipal Collections<br>1531 Lincoln Way<br>White Oak, PA  15131 | | | 2006 - 2007<br>Accrued Occupation Privilege Tax | | | | 13,104.00 | 13,104.00 | 0.00 |
| ACCOUNT NO.    206<br>Pennsylvania Department of Revenue<br>Department 280414<br>Harrisburg, PA  17128-0414 | | | 1/26/07 - 2/9/07<br>Pennsylvania Withholding Tax | | | | 5,157.92 | 5,157.92 | 0.00 |
| ACCOUNT NO.    208<br>Pennsylvania UC Fund<br>Office of Unemployment Compensation<br>P.O. Box 60127<br>Harrisburg, PA  17106-0127 | | | 1/26/07 - 2/9/07<br>Pennsylvania Unemployment Tax | | | | 16,105.84 | 16,105.84 | 0.00 |

Sheet no.  2 of  3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals> ("otals of this page) | $ | 92,732.60 | $ | 92,732.60 | $ | 0.00

Total  >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Tota  >
(Use only on last page of the completed Schedu e E. If applicab e, report a so on the Statistical Summary of Certain L abilities and Related Data. ) | | $ | | $

In re    Wright Industries, Inc.                                                    Case No.    07-21384
                                                                                                    (If known)
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    222<br>Treasurer of State of Ohio<br>P.O. Box 444<br>Columbus, OH 43216-0444 | | | 1/26/07 - 2/9/07<br>Ohio Withholding Tax | | | | 966.00 | 966.00 | 0.00 |
| ACCOUNT NO.    203<br>Treasurer, City of Pittsburgh<br>P.O. Box 642595<br>Pittsburgh, PA 15264-2595 | | | 1/26/07 - 2/9/07<br>City of Pittsburgh Wage Tax | | | | 420.00 | 420.00 | 0.00 |
| ACCOUNT NO.    237<br>West Virginia Tax & Revenue<br>Department of Tax and Revenue<br>P.O. Box 1667<br>Chalston WV 25326-1667 | | | 1/26/07 - 2/9/07<br>West Virginia Withholding Tax | | | | 140.52 | 140.52 | 0.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals<br>(Totals of this page) | $ 1,526.52 | $ 1,526.52 | $ 0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 111,491.12 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 111,491.12 | $ 0.00 |

In re   Wright Industries, Inc.                                    Case No. 07-21384
                                  Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>43rd Street Concrete & Asphalt Co.<br>One 43rd Street<br>Pittsburgh, PA 15201 | | | | | | | 393,831.00 |
| ACCOUNT NO.<br><br>ABC Fire Extinguisher Company<br>4641 Peoples Road<br>Pittsburgh, PA 15237 | | | | | | | 611.58 |
| ACCOUNT NO.<br><br>Absolute Equipment<br>3038 Babcock Blvd.<br>Pittsburgh, PA 15237 | | | | | | | 17,911.00 |
| ACCOUNT NO.<br><br>Amcom Office Systems<br>181 Bateman Road<br>Imperial, PA 15126-004 | | | | | | | 176.52 |
| ACCOUNT NO.<br><br>American Express Corp Card<br>200 Vesey Street<br>New York, NY 10285 | | | | | | | 30,200.52 |

19   Continuation sheets attached

                                                    Subtotal  ►  $      442,730.62
                                                       Total  ►  $
                          (Use only on last page of the completed Schedule F.)
                  (Report also on Summary of Schedules and, if applicable on the Statistical
                          Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   Wright Industries, Inc.                                    Case No. 07-21384
                              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Amerigas - GlenShaw PO Box 31473 Pittsburgh, PA 15250-7473 | | | | | | | 14.95 |
| ACCOUNT NO.  800-228-0095  AT&T P.O. Box 9001309 Louisville, KY 40290-1309 | | | | | | | 28.09 |
| ACCOUNT NO.  Atlas Clay & Metal Products 2034 Chateau St. Pittsburgh, PA 15233 | | | | | | | 2,212.42 |
| ACCOUNT NO  Banks Gas Services P.O. Box 58 Irwin, PA 15642 | | | | | | | 1,750.00 |
| ACCOUNT NO  Bituminous Insurance Company Foster Plaza 651 Holiday Drive Pittsburgh, PA 15220-2757 | | | | | | | 10,024.63 |

Sheet no.  1  of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | 14,030.09 |

Total  ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Wright Industries, Inc.                                    Case No. 07-21384
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Blue Cross** <br> P.O. Box 382146 <br> Pittsburgh, PA 15250-8146 | | | | | | | 56.18 |
| ACCOUNT NO. <br><br> **Bruske Products** <br> P.O. Box 669 <br> 7447 Duvan Drive <br> Tinley Park, IL 60477-0669 | | | | | | | 204.05 |
| ACCOUNT NO. <br><br> **Buchanan Ingersoll PC** <br> One Oxford Centre <br> 301 Grant Street-20th Floor | | | | | | | 12,696.00 |
| ACCOUNT NO. <br><br> **Burns, White & Hickton, LLC** <br> Four Northshore Center <br> 106 Isabella St. <br> Pittsburgh, PA 15212 | | | | | | | 367.50 |
| ACCOUNT NO. <br><br> **Certified Laboratories** <br> 23261 Network Place <br> Chicago, IL 60673-1232 | | | | | | | 556.91 |

Sheet no. 2 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   13,880.64

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>Wright Industries, Inc.</u>

Debtor

Case No. <u>07-21384</u>

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cintas Corporation #013<br>40 Abele Road<br>Bridgeville, PA 15017 | | | | | | | 1,175.62 |
| ACCOUNT NO.<br><br>Circle R Safety<br>1624 Middle Road<br>Gibsonia, PA 15044 | | | | | | | 99,232.00 |
| ACCOUNT NO.<br><br>Cleveland Brothers<br>P.O. Box 784531<br>Philadelphia, PA 19178-4531 | | | | | | | 12,064.69 |
| ACCOUNT NO.<br><br>Compass Advisory Partners, LLC<br>401 Wood Street<br>Pittsburgh, PA 15222 | | | | | | | 4,300.00 |
| ACCOUNT NO.<br><br>CT Engineering Company<br>2689 Paysphere Circle<br>Chicago, IL 60674 | | | | | | | 1,549.72 |

Sheet no. <u>3</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | $ | 118,322.03 |
| Total | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Wright Industries, Inc.                          Case No. 07-21384
        _____                              _____
                   Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dunbar Consulting & Accounting 114 Adella Court Jeannette, PA 15644 | | | | | | | 49,440.00 |
| ACCOUNT NO. Duquesne Light Company 41 Seventh Ave Pittsburgh, PA 15219 | | | | | | | 2,618.17 |
| ACCOUNT NO. EF Techonologies, Inc. 119 B. Sandy Drive Newark, DE 19713 | | | | | | | 859.13 |
| ACCOUNT NO. Equitable Resources Utilities Technical Training & Development 200 Allegheny Center Mall Pittsburgh, PA 15212 | | | | | | | 24,607.00 |
| ACCOUNT NO. ETNA Water - Borough of ETNA 437 Butler Street Etna, PA 15223 | | | | | | | 316.80 |

Sheet no. 4 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $    77,841.10

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Wright Industries, Inc.</u>
                        Debtor

Case No. <u>07-21384</u>
          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ferra's Automotive<br>1315 Main Street<br>Sharpsburg, PA 15215 | | | | | | | 793.95 |
| ACCOUNT NO.<br><br>Forbes Regional Hospital<br>P.O. Box 951820<br>Cleveland, OH 44193-0020 | | | | | | | 68.00 |
| ACCOUNT NO.<br><br>Foundation Software, Inc.<br>150 Pearl Road<br>Brunswick, OH 44212 | | | | | | | 1,940.00 |
| ACCOUNT NO.<br><br>Franco's/Duemila Inc.<br>46 Fox Chapel Road<br>Pittsburgh, PA 15238-3026 | | | | | | | 587.93 |
| ACCOUNT NO.<br><br>GE Capital<br>P.O. Box 642333<br>Pittsburgh, PA 15264 | | | | | | | 128.18 |

Sheet no. <u>5</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ⌐   $         3,518.06

Total  ⌐   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Wright Industries, Inc.
_____
                    Debtor

Case No. 07-21384
_____
            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **George L. Wilson & Co., Inc.** 220 East General Robinson Pittsburgh, PA 15212 | | | | | | | 362.59 |
| ACCOUNT NO. **Gerry Toscani** 711 Garwood Road Moorestown, NJ 08057 | | | | | | | 425,838.00 |
| ACCOUNT NO. **Gino Scatena, Sr.** 94 Covent Avenue Pittsburgh, PA 15209 | | | | | | | 88,907.00 |
| ACCOUNT NO. **Goelier's Generator Sales & Service** 36th & Butler Street Pittsburgh, PA 15201 | | | | | | | 277.47 |
| ACCOUNT NO. **Health Assurance** P.O. Box 67103 Harrisburg, PA 17106-7103 | | | | | | | 33,833.59 |

Sheet no. 6 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   549,218.65

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Wright Industries, Inc.**                                    Case No. **07-21384**
_____                          _____
Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Heritage Agency<br>Heritage Building<br>100 Purity Road<br>Pittsburgh, PA 15235 | | | | | | | 291,011.00 |
| ACCOUNT NO.<br><br>Hi-Tech Auto Repair<br>6311 Butler Street<br>Pittsburgh, PA 15201 | | | | | | | 32.00 |
| ACCOUNT NO.<br><br>Home Savings & Loan Co.<br>Commercial Loan Department<br>275 Federal Plaza West<br>Youngstown, OH 44501 | | | | | | | 622.83 |
| ACCOUNT NO.<br><br>Hunzeker Radiator Co.<br>6800 Kelly St.<br>Pittsburgh, PA 15208 | | | | | | | 199.02 |
| ACCOUNT NO.<br><br>Idearc Media (Verizon Media)<br>Attn: Customer Service Dept.<br>P.O. Box 610830<br>DFW Airport, TX 75261-0830 | | | | | | | 31.00 |

Sheet no. _7_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   291,895.85

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Wright Industries, Inc.</u>  Case No. <u>07-21384</u>

　　　　　　　　　　Debtor 　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jeff Boser<br>15 Clark Drive<br>Bradford, PA 16701 | | | | | | | 2,118.68 |
| ACCOUNT NO.<br><br>Jim Robinson<br>100 Poplar Street<br>Pittsburgh, PA 15223 | | | | | | | 130,700.00 |
| ACCOUNT NO.<br><br>Joe Ball<br>1750 Wm Flynn Hwy - Rt #8<br>Glenshaw, PA 15116 | | | | | | | 453.52 |
| ACCOUNT NO.<br><br>KBG Pension Deposit Account<br>c/o Keystone Benefits Group<br>1002 Tower Way<br>Greensburg, PA 15601 | | | | | | | 17,232.66 |
| ACCOUNT NO.<br><br>Kerotest Manufacturing Corp<br>4615 Paysphere Circle<br>Chicago, IL 60674 | | | | | | | 1,323.37 |

Sheet no. __8__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 151,828.23

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    <u>Wright Industries, Inc.</u> _____    Case No. <u>07-21384</u>
                                   Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Keystone Benefits Group, Inc. <br> 1002 Tower Way <br> Greensburg, PA 15601 | | | | | | | 2,825.50 |
| ACCOUNT NO. <br><br> Knickerbocker Russell Co., Inc. <br> 4759 Campbells Run Road <br> Parkway West <br> Pittsburgh, PA 15205 | | | | | | | 15,270.00 |
| ACCOUNT NO. <br><br> L&M Sales <br> 900 Sarah Street <br> Pittsburgh, PA 15203 | | | | | | | 1,132.02 |
| ACCOUNT NO. <br><br> Laborers Combined Funds 1058 <br> Contribution Account <br> 1109 Fifth Avenue <br> Pittsburgh, PA 15219-6203 | | | | | X | X | 20,702.80 |
| ACCOUNT NO. <br><br> Lane Construction Corp. <br> 965 East Main Street <br> Meriden, CT 06450-6004 | | | | | | | 1,933.32 |

Sheet no. <u>9</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $     41,863.64

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

in re  Wright Industries, Inc.
_____
                    Debtor

Case No. 07-21384
_____
        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lee Supply Company, Inc. <br> P.O. Box 640335 <br> Pittsburgh, PA 15264 | | | | | | | 3.15 |
| ACCOUNT NO. <br><br> Lindy Paving, Inc. <br> P.O. Box 643641 <br> Pittsburgh, PA 15264 | | | | | | | 22,744.00 |
| ACCOUNT NO. <br><br> Livewire, LLC <br> 3115 S. Grand Blvd, 6th Floor <br> St. Louis, MO 63118 | | | | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Lubemaster <br> 23261 Network Place <br> Chicago, IL 60673-1232 | | | | | | | 3,016.03 |
| ACCOUNT NO. <br><br> Mamont Supply, Inc. <br> 1005 General Forbes Court <br> Jeannette, PA 15644 | | | | | | | 874.50 |

Sheet no. 10 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 27,637.68

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Wright Industries, Inc.**      Case No. **07-21384**

Debtor      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Martinelli Construction Co., Inc.<br>1801 Greenleaf Street<br>Pittsburgh, PA 15211 | | | | | | | 73,943.00 |
| ACCOUNT NO.<br><br>Matcon Diamond, Inc.<br>2846 East Carson Street<br>Pittsburgh, PA 15203 | | | | | | | 56,983.00 |
| ACCOUNT NO.<br><br>McClymonds Supply & Transit<br>Currie Road<br>Portersville, PA 16051 | | | | | | | 245,147.00 |
| ACCOUNT NO.<br><br>Monarch Oil Company<br>1137 Washington Blvd.<br>Pittsburgh, PA 15206 | | | | | | | 86,445.00 |
| ACCOUNT NO.<br><br>Morain Sales & Services, Inc.<br>1217 Salt Springs Road<br>Mineral Ridge, OH 44440 | | | | | | | 7,677.67 |

Sheet no. 11 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    470,195.67

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Wright Industries, Inc.                                                    Case No. 07-21384
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NAPA Auto - Genuine Parts Co.<br>2209 Babcock Blvd<br>Pittsburgh, PA 15237 | | | | | | | 1,134.51 |
| ACCOUNT NO.<br><br>National City - Credit Cards<br>P.O. Box 856176<br>Louisville, KY 40285-6176 | | | | | | | 3,159.67 |
| ACCOUNT NO.    051956N<br><br>NCO Financial Systems, Inc.<br>4000 East 5th Avenue<br>Columbus, OH 43219 | | | | | | | 934.40 |
| ACCOUNT NO.<br><br>Nextel Communications<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | | | | | | | 11,152.20 |
| ACCOUNT NO.<br><br>North State Supply Co., Inc.<br>390 Ferguson Road<br>Homer City, PA 15748 | | | | | | | 380.86 |

Sheet no. 12 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    16,761.64

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Wright Industries, Inc.                         Case No. 07-21384

                           Debtor                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Northern Safety Co., Inc. <br> PO Box 4250 <br> Utica, NY 13504-4250 | | | | | | | 3,492.20 |
| ACCOUNT NO. <br><br> Operating Engineers <br> Contrubtion Account <br> Local 66 <br> 111 Zeta Drive <br> Pittsburgh, PA 15238-2811 | | | | | X | X | 26,848.85 |
| ACCOUNT NO. <br><br> P.W.S.A <br> P.O. Box 747055 <br> Pittsburgh, PA 15274 | | | | | | | 30.45 |
| ACCOUNT NO. <br><br> PA Sling Company <br> P.O. Box 7777-W5430 <br> Philadelphia, PA 19175 | | | | | | | 197.20 |
| ACCOUNT NO. <br><br> Pantone, Inc. <br> 101 South Main Street <br> Sharpsburg, PA 15215 | | | | | | | 227.43 |

Sheet no. 13 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

          Subtotal    $        **30,796.13**

              Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Passavant Professional Assc<br>DBA HAPPI UPMC Passavant<br>PO Box 643899<br>Pittsburgh, PA 15264-3899 | | | | | | | 123.00 |
| ACCOUNT NO.<br><br>Pitney Bowes, Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | | | | | | | 110.19 |
| ACCOUNT NO.<br><br>Pitt Service Center<br>8031 Pennsylvania Ave.<br>P.O. Box 532<br>Irwin, PA 15642 | | | | | | | 325.00 |
| ACCOUNT NO.<br><br>Pittsburgh Mack & Sales Service<br>3757 Library Road, Suite 250<br>Pittsburgh, PA 15234 | | | | | | | 568.60 |
| ACCOUNT NO.<br><br>Pittsburgh Tire Services, Inc.<br>3301 Smallman Street<br>Pittsburgh, PA 15201 | | | | | | | 15,400.00 |

Sheet no. 14 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢   $   16,526.79

Total  ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Wright Industries, Inc.                    Case No. 07-21384
                 Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Praxair 864 - Distribution, Inc. <br> Dept CH 10660 <br> Palatine, IL 60055-0660 | | | | | | | 2,418.33 |
| ACCOUNT NO. <br><br> R&J Construction <br> 478 Wall Ave <br> Wall, PA 15148 | | | | | | | 775.00 |
| ACCOUNT NO. <br><br> Ryan's Auto Glass, Inc. <br> 2301 Main Street <br> Pittsburgh, PA 15215 | | | | | | | 1,306.41 |
| ACCOUNT NO. <br><br> Scott Electric <br> P.O. Box S <br> Greensburg, PA 15601-0899 | | | | | | | 332.41 |
| ACCOUNT NO. <br><br> Seloc-Nor, Incorporated <br> P.O. Box 9556 <br> Pittsburgh, PA 15223-0556 | | | | | | | 2,147.10 |

Sheet no. 15 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    6,979.25

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Wright Industries, Inc.       Case No. 07-21384

                 Debtor                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shiloh Service, Inc.<br>P.O. Box 487<br>Latrobe, PA 15650-0487 | | | | | | | 8,020.08 |
| ACCOUNT NO.<br><br>Spectrum Medical Services, Inc.<br>6505 Mars Road<br>Cranberry Twp, PA 16066-5109 | | | | | | | 5,721.94 |
| ACCOUNT NO.<br><br>Sprint<br>PO Box 1769<br>Newark, PA 07101-1769 | | | | | | | 1,403.83 |
| ACCOUNT NO.<br><br>Stock Plumbing<br>200 Laurie Drive<br>Pittsburgh, PA 15235 | | | | | | | 10,186.00 |
| ACCOUNT NO.<br><br>Sunbelt Rentals<br>P.O. Box 281961<br>Atlanta, GA 30384-1961 | | | | | | | 484.69 |

Sheet no. 16 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

         Subtotal ►  $  25,816.54

         Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Wright Industries, Inc.__       Case No. __07-21384__
               Debtor                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Superior Utility Excavation<br>1129 Beaver Run Road<br>Greensburg, PA 15601 | | | | | | | 55,000.00 |
| ACCOUNT NO.<br><br>Tim Hickman<br>13215 Weber Lane<br>East Liverpool, OH 43920 | | | | | | | 104,800.00 |
| ACCOUNT NO.<br><br>Tippins International<br>1090 Freeport Rd<br>Pittsburgh, PA 15238 | | | | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Tool Sales & Service Co., Inc.<br>1137 Electric Avenue<br>East Pittsburgh, PA 15112 | | | | | | | 159.80 |
| ACCOUNT NO.<br><br>Transedge Truck Center<br>1407 Bulldog Drive<br>Allentown, PA 18104 | | | | | | | 1,509.29 |

Sheet no. __17__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal ► $      176,469.09

                               Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Wright Industries, Inc._____     Case No. __07-21384_____
                        Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Trench Shoring Services<br>1200 Neville Road<br>Pittsburgh, PA 15225 | | | | | | | 247.17 |
| ACCOUNT NO.<br><br>Tri-James Service, Inc.<br>4478 West Fairmount<br>Lakewood, NY 14750 | | | | | | | 610.20 |
| ACCOUNT NO.<br><br>Tyler Mountain Water<br>One Commerce Drive<br>Pittsburgh, PA 15239 | | | | | | | 205.55 |
| ACCOUNT NO.<br><br>U.P.S.<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | | | | | 107.21 |
| ACCOUNT NO.<br><br>United Concordia<br>P.O. Box 827399<br>Philadelphia, PA 19182-7399 | | | | | | | 557.60 |

Sheet no. _18_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,727.73

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Wright Industries, Inc.__       Case No. 07-21384
                    Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Vermeer Sales & Service, Inc. <br> 131 Wisconsin Avenue <br> Cranberry Twp, PA 16066 | | | | | | | 569.54 |
| ACCOUNT NO. <br><br> Waste Management, Inc. <br> PO Box 13648 <br> Philadelphia, PA 19101-3648 | | | | | | | 1,594.72 |
| ACCOUNT NO. <br><br> Wells Fargo Foothill, Inc. <br> P.O. Box 33113 <br> Newark, NJ 07188-0113 | | | | | | | 55.00 |
| ACCOUNT NO. <br><br> West View Authority <br> Water Department <br> 210 Perry Highway <br> Pittsburgh, PA 15229 | | | | | | | 187.84 |
| ACCOUNT NO. <br><br> Zep Manufacturing Company <br> P.O. Box 3338 <br> Boston, MA 02241-3338 | | | | | | | 1,140.03 |

Sheet no. 19 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | 3,547.13

Total  ➤  | $ | 2,481,586.56

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: <u>Wright Industries, Inc.</u> _____ Case No. <u>07-21384</u>
                                    Debtor                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Equitable Gas<br>200 Allegheny Center Mall<br>Pittsburgh, PA 15212 | Contract for the repair and placement of underground gas pipes and related purchase orders |
| G.E. Capital<br>1010 Thomas Edison Blvd. S.W.<br>Cedar Rapids, IA 52404 | 60 Month Lease to Purchase of Savin copier commenced November 2003 |
| Jim's Sweeper Service<br>4323 Butler Street<br>Pittsburgh, PA 15201 | Debtor's month to month lease of real property to Jim's Seeeper Service. |
| Morian Sales & Service, Inc.<br>1217 Salt Spring Road<br>Mineral Lodge, OH 44440 | 17 month rent to purchase of fusion machines |
| NiSource Corporate Services Company<br>(Columbia Gas)<br>801 East 86th Avenue<br>Merrillville, IN 46410 | Contract for the repair and placement of underground gas pipes and related service authorizations |
| Tippins Internaional, Inc.<br>1090 Freeport Road<br>Pittsburgh, PA 15238 | month to month lease for land which the Debtor uses for storage of supplies, vehicles and equipment |
| Verizon Services Corporation<br>1310 N. Courthouse Road<br>Arlington, VA 22201 | Contract for the repair and placement of underground telecommunications pipes and related Work Orders |

In re: **Wright Industries, Inc.**               Case No.   **07-21384**

Debtor

(If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cynthia Zordich<br>100 Poplar Street<br>Pittsburgh, PA 15223<br><br>Michael Zordich<br>100 Poplar Street<br>Pittsburgh, PA 15223 | Banco Popular North America<br>9600 W. Bryn Mawr<br>Rosemont, IL 60018 |
| Cynthia Zordich<br>100 Poplar Street<br>Pittsburgh, PA 15223 | National City Bank of PA<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Mortgage) |
| Cynthia Zordich<br>100 Poplar Street<br>Pittsburgh, PA 15223 | National City Bank of PA<br>Commercial Loan Department<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Line of Credit) |
| James Robinson<br>100 Poplar Street<br>Pittsburgh, PA 15223 | National City Bank of PA<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Mortgage) |
| James Robinson<br>100 Poplar Street<br>Pittsburgh, PA 15223 | National City Bank of PA<br>Commercial Loan Department<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Line of Credit) |
| Michael Zordich<br>100 Poplar Street<br>Pittsburgh, PA 15223 | National City Bank of PA<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Mortgage) |
| Michael Zordich<br>100 Poplar Street<br>Pittsburgh, PA 15223 | National City Bank of PA<br>Commercial Loan Department<br>20 Stanwix Street<br>Pittsburgh, PA 15222<br>(Line of Credit) |

Official Form 6 – Declaration (10/06)

In re **Wright Industries, Inc.**                                   Case No.  **07-21384**

Debtor

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I **Michael Zordich**, the **President** of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>34</u> sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date ...............................            Signature: _____

                                          **Michael Zordich President**

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*