**U.S. Department of Justice**

Office of the United States Trustee
*Western District of Pennsylvania*

*Liberty Center, Suite 970*
*1001 Liberty Avenue*
*Pittsburgh, Pennsylvania 15222*

*(412) 644-4756 Telephone*
*(412) 644-4785 Facsimile*

**MINUTES OF §341 MEETING OF CREDITORS**
**CHAPTER 11**

IN RE:

| | | |
|---|---|---|
| | § | |
| | § | |
| Wright Industries, Inc., | § | CASE NO. 07-21384 JKF |
| | § | |
| | § | |
| DEBTOR-IN-POSSESSION | § | |

The §341(a) Meeting of Creditors was **convened** on May 2, 2007 and closed.

Kelly Beaudin Stapleton
United States Trustee

By: /s/ Norma Hildenbrand
Norma Hildenbrand
Trial Attorney
Presiding Officer

Date: May 2, 2007