IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WRIGHT INDUSTRIES, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Bankruptcy No. 07-21384 JKF |
| | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WRIGHT INDUSTRIES, INC. | ) Document No. |
| | ) Related Document No. 195 |
| Movant, | ) |
| v. | ) |
| NO RESPONDENT, | ) |
| Respondent, | ) |

## ORDER

AND NOW, this 3 day of Aug, 2007, upon consideration of the Application of the Official Committee of Unsecured Creditors (the "Committee") for authority to employ and retain Schneider Downs & Co., Inc. ("Schneider Downs") as accountant and financial consultant to the Committee (the "Application") in the above-captioned Chapter 11 case; and the Court being satisfied that Schneider Downs is a "disinterested person" and does not represent any party-in-interest or hold an interest adverse to the Debtor in this case, and it appearing that the employment of Schneider Downs is in the best interest of the creditors and the Debtor's estate; it is hereby:

ORDERED THAT the Application shall be, and hereby is, GRANTED in its entirety; and it is further

ORDERED THAT the Committee is authorized to retain and employ Schneider Downs & Co., Inc. as accountant and financial consultant to the Committee in this Chapter 11 case, pursuant to Chapter 11 of the United States Bankruptcy Code and the terms set forth in the Application; and it is further

ORDERED THAT Schneider Downs & Co., Inc. shall be compensated for such services and reimbursed for any related expenses in accordance with the Application; and it is further

ORDERED THAT compensation to Schneider Downs & Co., Inc. is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, In re Busy Beaver Building Center, Inc., 19 F.3d 833 (3d Cir. 1994) and any order of this Court.

BY THE COURT:

_JK Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

FILED
AUG 0 3 2007
JUDITH K. FITZGERALD
BANKRUPTCY JUDGE